**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 14-6546**

―――――――

MELVIN ALEXANDER BRITT,

              Plaintiff - Appellant,

        v.

VIRGINIA DEPARTMENT OF CORRECTIONS; KEEN MOUNTAIN
CORRECTIONAL CENTER; T. HIGGINS; J. SPENCER; LESLIE FLEMING,

              Defendants - Appellees.

―――――――

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Jackson L. Kiser, Senior
District Judge.  (7:14-cv-00076-JLK-RSB)

―――――――

Submitted:  July 29, 2014              Decided:  August 1, 2014

―――――――

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Melvin Alexander Britt, Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Alexander Britt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Britt's informal brief does not challenge the basis for the district court's disposition, Britt has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED